HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MELISSA C. TOFTEE, | Case No.: 1:24-cv-01139-BAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | |
| FRANK BISIGNANO,[1] Commissioner of Social Security, | |
| Defendant. | |

On September 19, 2025, this Court issued an order reversing the final decision of the Defendant, Frank Bisignano, the Commissioner of Social Security (Commissioner), with a remand for further administrative proceedings, 42 U.S.C. § 405(g) (sentence four); judgment was entered.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C.      § 405(g).

1
STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of FIVE THOUSAND FIVE HUNDRED SEVENTY-THREE DOLLARS AND FIFTY-SIX CENTS ($5,573.56) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is reasonable. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. However, this award shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees and costs. Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Harvey P. Sackett ("Counsel").  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA is entered, the Government will determine whether they are subject to offset. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered and made payable to Counsel.

Accordingly, Defendant agrees to pay Plaintiff $5,573.56 in attorney's fees.

All parties whose signature lines appear in this document have consented to its filing. This award is without prejudice to the rights of Sackett and Associates and/or Harvey P. Sackett to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

2
STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

Dated: October 22, 2025              SACKETT AND ASSOCIATES

                              By:    /s/ *HARVEY P. SACKETT*
                                     HARVEY P. SACKETT
                                     Attorney for Plaintiff
                                     MELISSA C. TOFTEE

Dated: October 24, 2025              ERIC GRANT
                                     United States Attorney

                              By:    /s/*LORI LOOKLISS*
                                     LORI LOOKLISS
                                     Special Assistant United States Attorney
                                     Attorney for Defendant
                                     [*As authorized by email on 10/22/25]

**ORDER**

Pursuant to the stipulation, IT IS ORDERED that fees in the amount of FIVE THOUSAND FIVE HUNDRED SEVENTY-THREE DOLLARS AND FIFTY-SIX CENTS ($5,573.56) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **October 24, 2025**             /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

---

3
STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)